**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DAVID GOULD, | : | No. 343 WAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WEISSANG, INC. D/B/A FISHERS | : | |
| PHARMACY AND JENNIFER LEIBFREID, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is
**DENIED**.